IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS MANUEL, | Case No. 8:15CV188 |
| Plaintiff, | |
| vs. | ORDER |
| AVENTINE RENEWABLE ENERGY HOLDINGS, INC., and PACIFIC ETHANOL, INC., | |
| Defendants. | |

Upon notice of settlement given to the magistrate judge by Elizabeth A. Hoffman, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **April 1, 2016,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 26(f) planning report deadline set for March 4, 2016, is cancelled upon the representation that this case is settled.

Dated: March 2, 2016.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge